IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SYNCRASY, et al.,<br><br>    Defendants. | Case No. 21-cv-09212-CRB<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD EXERCISE SUPPLEMENTAL JURISDICTION** |

    Plaintiff in the above-captioned matter brings claims for violations of the Americans with Disabilities Act and the California Unruh Act, seeking injunctive relief, equitable and statutory damages, and attorneys' fees and costs. Compl. (dkt. 1).

    Federal courts may decline to exercise supplemental jurisdiction over a state law claim "in exceptional circumstances." 28 U.S.C. § 1367(c)(4). When a "high-frequency" litigant asserts a California Unruh Act claim in federal court alongside an ADA claim, this will typically constitute an exceptional circumstance that justifies dismissal of the Unruh Act claim. See Vo v. Choi, No. 20-55737, 2022 WL 4362289, at *3–4 (9th Cir. Sept. 21, 2022); Arroyo v. Rosas, 19 F.4th 1202, 1211–14 (9th Cir. 2021); Garcia v. Maciel, 21-cv-3743, 2022 WL 395316, at *2–5 (N.D. Cal. Feb. 9, 2022). Plaintiff is therefore ordered to show cause why this Court should not decline to exercise supplemental jurisdiction over the Unruh Act claim.

    The plaintiff must respond within 21 days of this order.  Failure to respond will result in a dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: October 11, 2022



CHARLES R. BREYER
United States District Judge