UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SYNCRASY, et al.,<br><br>  Defendants. | Case No. 21-cv-09212-CRB   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing Defendant Franklin St. RC Apartments LLC's motion for a protective order (Dkt. 50). The briefing schedule for this motion will remain the same, but the hearing date is rescheduled for Thursday, March 23, 2023, at 1:30 pm and will be held before Judge Cisneros. The undersigned will order a telephone conference, hearing, and/or further briefing, if needed.

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/. Please contact the Courtroom Deputy, Brittany Sims, at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: February 8, 2023

LISA J. CISNEROS
United States Magistrate Judge